# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**THE 400 LIFE, LLC,**
    Plaintiff,

vs.

**THE MEN OF PKG, LLC,**

    Defendant.
_____/

CASE NO.: _____

CASE IN OTHER COURT:
2011-33541-CA-02 (11th Jud. Cir. Fla.)

### MOTION TO SERVE FOREIGN SUBPOENA DUCES TECUM
(Records may be mailed in Lieu of Appearance)

COMES NOW, THE 400 LIFE, LLC, Plaintiff, and files the instant Motion to Serve Foreign Subpoena Duces Tecum directed to:

> **United States Securities and Exchange Commission**
> **c/o Brent J. Fields, Secretary**
> **100 F Street, NE**
> **Washington, DC 20549**

The instant Foreign Subpoena Duces Tecum attached as "Exhibit A" is submitted to the Clerk of the Superior Court of the District of Columbia pursuant to Rule 45 of the Federal Rules of Civil Procedure. Plaintiff's Notice of Production from Non-Parties was filed and the ten-day waiting period for objections expired with no objection, at which time the underlying Subpoena was served upon the United States Securities and Exchange Commission at its Miami, Florida address. *See* Exhibit A. The United States Securities and Exchange Commission responded directing Plaintiff to serve the attached Subpoena upon its Washington, DC address.

WHEREFORE, Plaintiff's respectfully request that this Court enter an Order granting the instant Motion to Serve Foreign Subpoena Duces Tecum upon the United States Securities and Exchange Commission in Washington, DC, per its request.

**DATED** this 31st day of July, 2017.

                                                          Respectfully Submitted,

*[signature]*

**Ronald S. Sullivan, Jr., Esquire**
D.C. Bar No.: 451518
1585 Massachusetts Avenue
Griswold 210
Cambridge, MA 02138
Phone (617) 496-4777
Fax (617) 496-2777
prof.ron.sullivan@gmail.com
*Attorney for Plaintiff*


 /s/Jasmine Rand
**Jasmine Rand, Esquire**
Florida Bar No.: 0077047
**RAND LAW**, **L.L.C.**
2525 Ponce de Leon Blvd., Ste. 300
Miami, Florida 33134
(305) 906-0040 Telephone
(305) 503-9235 Facsimile
*Attorney for Plaintiff*

 /s Jermaine A. Lee
Jermaine A. Lee
Florida Bar No.: 0850861
**WALLEN HERNANDEZ
LEE MARTINEZ, LLP**
306 Alcazar Ave, Suite 301
Coral Gables, Florida 33134
Phone: (305) 842-2100
Facsimile: (305) 842-2105
jlee@whlmlegal.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing will be provided via first class, pre-paid postage, Unite States Postal Service mail on July 31, 2017, to all counsel of record.

Respectfully Submitted,

Ronald Sullivan, Esquire
D.C. Bar No.: 451518
*Attorney for Plaintiff*

# EXHIBIT A

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Circuit Civil Division

CASE NO.: 2011-33541-CA-02

THE 400 LIFE, LLC,

   Plaintiff,

vs.

THE MEN OF PKG, LLC,

   Defendant.
_____/

## PLAINTIFF'S NOTICE OF PRODUCTION
## FROM NON PARTIES

YOU ARE NOTIFIED that after 10 days from the date of service of this notice, if service is by hand delivery, or 15 days from the date of service, if service is by e-mail, and if no objection is received from any party, the undersigned will issues or apply to the clerk of this Court for issuance of the attached subpoenas directed to the listed persons or entities who are not parties and whose addresses are indicated in the attached subpoena, to produce the items listed at the time and place specified in the subpoena.

Respectfully submitted,

**James Becker, Esq.**
*Counsel for Plaintiff*
5133 St. George Road
Williston, VT 05494
Phone: (305) 609-6200

By:    s/   James Becker
     **James Becker, Esq.**
     Florida Bar. No.: 28814
     jamesbeckeresq@gmail.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the ₂₉th day of November 2016, I electronically filed the foregoing with the clerk of the court via Florida e-filing portal. I also certify that the foregoing document is being served this day on all counsel or pro-se parties identified on the below service list in the manner specified, either via transmission of Notices of Electronic Filing generated by Florida's e-filing portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s James Becker


Mark C. Perry, Esq.
markperryesq@yahoo.com
**LAW OFFICES OF MARK C. PERRY, P.A.**
2400 East Commercial Blvd., Suite 511
Ft. Lauderdale, Florida 33308
Phone: (954) 351-2601
Fax: (954) 351-2605
*Counsel for Defendant The Men of PKG, LLC*

2

# EXHIBIT 1

# IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Circuit Civil Division

CASE NO.: 2011-33541-CA-02

**THE 400 LIFE, LLC,**

   Plaintiff,

vs.

**THE MEN OF PKG, LLC,**

   Defendant.

_____/

## SUBPOENA DUCES TECUM
(Records may be mailed in Lieu of Appearance)

THE STATE OF FLORIDA

TO:   United States Securities and Exchange Commission
       Eric I. Bustillo, Regional Director
       801 Brickell Ave., Suite 1800
       Miami, Florida 33131

     YOU ARE COMMANDED to appear at James Becker, Esquire, 7744 Collins Ave., Apt. 14, Miami Beach, Florida 33141, at 10:00 a.m., within thirty (30) days of the date of service of the above-styled subpoena, and to have with you at that time and place, the following:

     ANY AND ALL non-privileged records including, but not limited to, United States Securities and Exchange Commission's entire file, as well as any documents related to any investigation, statements or other records including records of reprimand concerning the following individuals and entities:

**Name: Aaron R. Parthemer**
**CRD No. 2546369**

**Name: Sylvester King**
**CRD No. 4011622**

**Name: Tiffany Taylor**

**Entity: Investigation into Morgan Stanley Smith Barney as it relates to Aaron R. Parthemer and/or Sylvester King and/or Tiffany Taylor, The Parthemer King Group, the Men of PKG, LLC.**

**Arbitration: Wells Fargo v. Aaron R. Parthemer, including but not limited to, any and all audiotapes**

**Arbitration: Morgan Stanley Smith Barney v. Aaron Parthemer, including but not limited to, any and all audiotapes.**

**Arbitration: The FINRA matter of John Bradley St. Clair, et. al., vs. Morgan Stanley Smith Barney, LLC, Case No. 15-01066 (combined with 15-01077), including but not limited to, audio tapes of the FINRA arbitration.**

**Deposition transcripts: Transcripts of Antoine Bethea, Robert Socol, Julius Grant, Aaron Parthemer, Sylvester King, Luis Martinez, George Hampton, and Asante Samuel in connection with the investigation of Aaron Parthemer, Sylvester King, Tiffany Taylor, the Parthemer King Group and Morgan Stanley Smith Barney.**

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to appear as specified; or furnish the records instead of appearing as provided above; or object to this subpoena, you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

Dated this _____ day of _____, 2016.

# IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Circuit Civil Division

CASE NO.: 2011-33541-CA-02

THE 400 LIFE, LLC,

    Plaintiff,

vs.

THE MEN OF PKG, LLC,

    Defendant.

_____/

*[Handwritten note: Not able to accept at this location must be served in Washington DC 12/20/16 @ 3:30pm CPS#135204]*

## SUBPOENA DUCES TECUM
(Records may be mailed in Lieu of Appearance)

THE STATE OF FLORIDA

**TO:** United States Securities and Exchange Commission
Eric I. Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, Florida 33131

YOU ARE COMMANDED to appear at James Becker, Esquire, 7744 Collins Ave., Apt. 14, Miami Beach, Florida 33141, at 10:00 a.m., within thirty (30) days of the date of service of the above-styled subpoena, and to have with you at that time and place, the following:

ANY AND ALL non-privileged records including, but not limited to, United States Securities and Exchange Commission's entire file, as well as any documents related to any investigation, statements or other records including records of reprimand concerning the following individuals and entities:

**Name: Aaron R. Parthemer**
**CRD No. 2546369**

**Name: Sylvester King**
**CRD No. 4011622**

**Name: Tiffany Taylor**

**Entity:** Investigation into Morgan Stanley Smith Barney as it relates to Aaron R. Parthemer and/or Sylvester King and/or Tiffany Taylor, The Parthemer King Group, the Men of PKG, LLC.

**Arbitration:** Wells Fargo v. Aaron R. Parthemer, including but not limited to, any and all audiotapes

**Arbitration:** Morgan Stanley Smith Barney v. Aaron Parthemer, including but not limited to, any and all audiotapes.

**Arbitration:** The FINRA matter of John Bradley St. Clair, et. al., vs. Morgan Stanley Smith Barney, LLC, Case No. 15-01066 (combined with 15-01077), including but not limited to, audio tapes of the FINRA arbitration.

**Deposition transcripts:** Transcripts of Antoine Bethea, Robert Socol, Julius Grant, Aaron Parthemer, Sylvester King, Luis Martinez, George Hampton, and Asante Samuel in connection with the investigation of Aaron Parthemer, Sylvester King, Tiffany Taylor, the Parthemer King Group and Morgan Stanley Smith Barney.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to appear as specified; or furnish the records instead of appearing as provided above; or object to this subpoena, you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

Dated this _16_ day of _Dec_, 2016.

_Jermaine Lee_

EGRA ENTERPRISES, INC D/B/A
COURT EXPRESS SERVICES (305) 205-1394
AFFIDAVIT "RETURN OF SERVICE"

☐ INDIVIDUAL SERVICE: DATE: 12/20/16 TIME 3:30 pm
☐ SUBSTITUTE SERVICE: BY SERVING A COPY OF THIS WRIT ON ANOTHER PERSON THEREIN OF SUITABLE AGE
NAME:
☒ NO SERVICE: AFTER A DILIGENT SEARCH AND INQUIRY FAILED TO FIND SUBJECT.
CERTIFIED PROCESS SERVER: 1352-A1
SWORN TO AND SUBSCRIBED BEFORE ME ON  12/20/16
                                       DATE
NOTARY PUBLIC: